# Campbell County Jail Security Log

Date 2-19+20-04  Shift __3rd__  Jailor(s) _Cis / Tony_

| Time | Remarks |
|------|---------|
| 11:00 | Shift change received carry over |
| 11:30 | Booked in Robert Horner |
| 12:00 | See check walk thru all appear. O.K. |
| 12:30 | Booked in Phillip M. Pack |
| 1:30 | See check walk thru all appears O.K. |
| 2:00 | See check walk thru all appears O.K. |
| 3:00 | Booked in Jaso B. Smith |
| 3:15 | Booked in Lisa Stone |
| 3:25 | Booked in John Scott Mitchell |
| 4:30 | See check checked on Tanks all O.K. |
| 5:00 | Ted Williams check |
| " " | Bars / Door handle |
|  |  |
|  |  |
|  |  |
|  |  |

Total inmates @ first of shift __103__    Total inmates @ end of shift __102__

Cell # 1_____        Cell # 2_____        Cell # 3_____        Max_____

Medical Cell _____        Tank #1 _____        Tank #2 _____

Female Cell _____        Female Tank _____        Lakeshore MHH _____

Booked In _____ Out _____        Work Release In _⦸_ Out _____

**EXHIBIT A**