# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LEATHA WILLIAMS, as guardian of a minor, LAUREN WILLIAMS and ALICIA WILLIAMS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:05-cv-141<br>)<br>) |
| CAMPBELL COUNTY, TENNESSEE, ET AL. | )<br>)<br>) |
| Defendants. | )<br>) |

## AFFIDAVIT OF SAMUEL FRANKLIN

Samuel Franklin, after being duly sworn according to law, deposes and says as follows:

1. My name is Samuel Franklin. I am currently incarcerated at the Federal Correctional Institution in Manchester, Kentucky. At all material times, I was employed by the Campbell County Sheriff's Department.

2. I participated in a drug "round-up" investigation of approximately 70-80 persons, including the decedent, Ted Williams, who were indicted by the grand jury.

3. The only involvement that I may have had with Williams' that I can recall was role in his indictment and arrest.

4. I can state with certainty that I did not have any contact with Williams after his arrest, which was 40 plus hours before he committed suicide. Williams suicide was a surprise to me.

1

5. If and to the extent plaintiffs contend that I conspired with others to intentionally kill Ted Williams, I did no such things, and have no information that Williams' death resulted from any cause other than his voluntary choice to hang himself.

Further, affiant saith not.

                                                                                   _____
                                                                                   Samuel Franklin

**STATE OF KENTUCKY** )
                                     )
**COUNTY OF _____** )

Personally appeared before me Samuel Franklin, with whom I am personally acquainted, and who acknowledged that she executed the within instrument for the purposes therein contained.

Witnessed my hand, at office, this the \_\_\_\_ day of _____, 2006.

                                                      _____
                                                    Notary Public

                                                  My Commission Expires:_____