```
                                    INMATE HISTORY REPORT
BOOKING    CHARGE
NUMBER                DESCRIPTION
                                                                CHARGE      DISP    DISPOSE
                                                                DATE                DATE
WILLIAMS, TED                     SSN: 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   DOB: 04/04/1957
  12596 40-7-103    DOMESTIC VIOLENCE BY ASSAULT
  13855 39-13-101   ASSAULT                                   11/05/2001    / /
  17183 55-50-504A  DRIVING WHILE REVOKED                     05/01/2002    / /
  17183 55-50-504R  DISPLAYING A REVOKED DL                   05/23/2003    / /
  17183 55-4-104    VIOLATION REGISTRATION LAW                05/23/2003    / /
  17183 55-9-107    VIOLATION WINDOW TINT                     05/23/2003    / /
  19942 FELONIOUS   FELONIOUS SALE OF                         05/23/2003    / /
  19942 FELONIOUS   FELONIOUS SALE OF                         02/18/2004    / /
  19942 FELONIOUS   FELONIOUS SALE OF                         02/18/2004    / /
                                                              02/18/2004    / /
```

**EXHIBIT B**