No. 19011

# CRIMINAL COURT

Campbell County

STATE OF TENNESSEE

vs.

Ted Williams

## CAPIAS AND BOND

Issued 11th day of February, 2004

Brenda S. Boshears, Clerk.

_Dee [illegible] Deputy Clerk_

**DEFENDANT'S COPY**

**EXHIBIT C**