IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL LYNN GRAY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:03-CV-689 |
| | ) |
| CAMPBELL COUNTY, TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

It is hereby **ORDERED** that the parties' "Joint Motion for Class Certification and Notice to Class of Compromise and Dismissal of Class Claim" [doc. 34] is **GRANTED**. This matter is certified as a class action pursuant to Fed. R. Civ. P. 23(b)(1) and (2). The court adopts and incorporates the class definition, claims, issues, and defenses as set forth in the parties' joint motion. Pursuant to Fed. R. Civ. P. 23(g) and (c)(1)(B), attorney John Eldridge is appointed as class counsel.

Pursuant to Fed. R. Civ. P. 23(e)(1)(B), notice of the proposed settlement agreement shall be directed to all class members. The court adopts and incorporates the methods of notice suggested in the parties' joint motion, adding that:

1. Notice shall be run weekly for four weeks, commencing on the earliest practicable date, in the LaFollette Press.

2. All notices shall inform class members that the court will conduct a settlement hearing on March 2, 2006, beginning at 1:00 p.m., at the Howard H. Baker United States Courthouse, Courtroom 1A, 800 Market Street, Knoxville, Tennessee.

Lastly, in light of the parties' proposed settlement agreement [doc. 35], plaintiff Gray's "Application for Preliminary Injunction" [doc. 10] is **DENIED AS MOOT**.

**IT IS SO ORDERED**:

ENTER:

s/ Leon Jordan
United States District Judge