IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL LYNN GRAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:03-CV-689 |
| ) | |
| CAMPBELL COUNTY, TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

As required by Rule 23(e)(1)(C) of the Federal Rules of Civil Procedure, the court conducted a settlement hearing on April 27, 2006.  Only one potential class member, Rustin G. Jackson, has requested exclusion from the parties' settlement.  The "Motion for Rustin G. Jackson to Be Excluded" [doc. 40] is **GRANTED** to the extent that Mr. Jackson seeks to be excluded from the class settlement.  Mr. Jackson's motion is **DENIED** in all other respects, most particularly as to his request to be provided with all discovery taken in this case.

It is further **ORDERED** that the court approves the parties' proposed Private Settlement Agreement ("PSA") [doc. 35], finding the settlement to be fair, reasonable, and adequate.  The PSA is adopted and incorporated herein.

**IT IS SO ORDERED**:

                                              ENTER:

                                              s/ Leon Jordan
                                        United States District Judge