# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

LEATHA WILLIAMS, as guardian of )
a minor, LAUREN WILLIAMS and )
ALICIA WILLIAMS, )
                                    ) **No. 3:05-cv-141**
      **Plaintiff,** ) **Jarvis/Shirley**
                                    )
**v.** )
                                    )
**CAMPBELL COUNTY, TENNESSEE,** )
**et al.,** )
                                    )
      **Defendants.** )

## DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION

Come Defendants, Campbell County et al., and respectfully advise the Court that they have no objection to Plaintiffs' motion for extension of twenty days within which to respond to Defendants' motion for summary judgment.

The only factual matter that defendants would take issue with as set forth in plaintiffs' motion is that the entirety of Defendants' Rule 26 Disclosures came from the T.B.I. file which was obtained from General Counsel for the T.B.I., and provided to Plaintiffs' Counsel on September 25, 2005. (Exhibit 1). The parties have had equal opportunity for discovery since that time.

Respectfully submitted this 7th day of August, 2006.

                                    **Campbell County et al.,**

                                BY:   /s/John C. Duffy, BPR#010424
                                          John C. Duffy
                                          Attorney for Defendants

P.O. Box 11007
Knoxville, TN  37939-1007
Phone:  (865) 766-0904


## **CERTIFICATE OF SERVICE**


I certify that a true and correct copy of the foregoing has been filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.


Dated this 7th day of August, 2006.

BY:    /s/John C. Duffy