# John C. Duffy
### Lawyer

**John Chapman Duffy***      Office Address      Mailing Address:
***Admitted to Tn & Ca Bar**      5410 Homberg Drive, Suite 5      P.O. Box 11007
Knoxville, TN 37919      Knoxville, TN 37939-1007
Phone: (865) 766-0904
Facsimile: (865) 766-0906
E-mail: johncduffy@bellsouth.net

September 25, 2005

David Hamilton
P. O. Box 12891
Knoxville, TN 37912

     RE:     Leatha Williams, et al. v. Campbell County, et al.
              Campbell County Chancery Court No. 05-030

Dear David:

     Please find enclosed a (free) copy of the T.B.I. file that I received from Jeanne Broadwell, General Counsel for the T.B.I. The former General Counsel to the T.B.I. released files pursuant to an Agreed Order signed by all counsel who is to receive copies. Ms. Broadwell does it differently. Instead of an Order, she prepared and mailed to me a Limited Non-Disclosure Agreement regarding T.B.I. records. Their only requirement now is that **all** counsel receiving a copy of the T.B.I. file sign the Limited Non-Disclosure Agreement. Accordingly, I enclose that Agreement, which has been signed by me to obtain the file. The original is with Ms. Broadwell. Please add your name to the last page of the Agreement and return it to me. I will then send to Ms. Broadwell a copy of the signature page indicating that you have received a copy of the file and agreed to the terms of the Limited Non-Disclosure Agreement. This is a requirement of the T.B.I.

     Consistent with my letter of May 4, 2005, wherein I suggested that I obtain a copy of the T.B.I. file, pay the costs associated therewith and provide the Plaintiff a free copy to make amends for Ms. Williams' difficulty in obtaining documents from the Campbell County Sheriff's Department, will you recommend to your client that the Chancery Court Open Records Act suit now be voluntarily dismissed so that we can focus on this lawsuit instead?

     Please let me know.

                                         Sincerely,

                                         John C. Duffy

JCD/mce
Enclosure