# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LEATHA WILLIAMS, as guardian of a minor, LAUREN WILLIAMS and ALICIA WILLIAMS, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:05-cv-141 Jarvis/Shirley |
| CAMPBELL COUNTY, TENNESSEE, ET AL. ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING ORIGINAL AFFIDAVITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come Defendants and give notice of the filing of the original affidavits of Ron McClellan, Charles Scott, David Webber, Samuel Franklin, Nora Robbins, and Tony Ayers in support of the Memorandum in Support of Defendants' Motion for Summary Judgment.

Respectfully submitted the 11th day of December, 2006.

                                                    **CAMPBELL COUNTY, TENNESSEE, RON MCCLELLAN, JERRY E. CROSS, CHARLES SCOTT, DAVID WEBBER, SAMUEL FRANKLIN, NORA ROBBINS, TONY AYERS**

BY: /s/John C. Duffy, BPR#010424
P.O. Box 11007
Knoxville, TN 37939-1007

## CERTIFICATE OF SERVICE

       I hereby certify that on December 11, 2006, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk's electronic filing system.

                                            /s/John C. Duffy, BPR#010424