IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LEATHA WILLIAMS, as guardian of a minor, LAUREN WILLIAMS and ALICIA WILLIAMS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | No. 3:05-cv-141
| CAMPBELL COUNTY, TENNESSEE, ET AL. | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF DAVID WEBBER

David Webber, after being duly sworn according to law, deposes and says as follows:

1. My name is David Webber. I am currently incarcerated at Butner Low FCI in Butner, North Carolina. At times material to this case I was employed as an investigator by the Campbell County Sheriff's Department.

2. The Campbell County Criminal Court issued a Capias and Bond for the decedent, Ted Williams, after he was indicted by the Campbell County Grand Jury. I arrested Williams, and transferred him to the custody of the Campbell County Jail on February 18, 2004. Williams exhibited no signs or indicators of suicidal intent during the short time he was in my custody.

3. Williams' indictment and arrest were the result of a drug "round-up" investigation that targeted approximately 70-80 persons. Not just Williams, but dozens of persons were arrested that day.

4. All I did was arrest Williams and ~~transport him~~ *HE WAS TRANSPORTED* to the Campbell County Jail, after
*GDW*

1

which I had no contact with him during the 40 plus hours Williams remained in the jail.

    5. If and to the extent plaintiffs contend that I conspired with others to intentionally kill Ted Williams, I did no such things, and have no information that Williams' death resulted from any cause other than his voluntary choice to hang himself.

    Further affiant saith not.

                                    GERALD David Webber JR.
                                    GDW

**STATE OF NORTH CAROLINA** )
                                    )
**COUNTY OF** Granville )

    Personally appeared before me David Webber, with whom I am personally acquainted, and who acknowledged that he executed the within instrument for the purposes therein contained.

    Witnessed my hand, at office, this the 24th day of August, 2006.

                                      LORNE A. ELIZ
                                      Notary Public

                                    My Commission Expires: 09-15-2010

2