IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LEATHA WILLIAMS, as guardian of )
a minor, LAUREN WILLIAMS and )
ALICIA WILLIAMS, )
)
    Plaintiff, )
)   No. 3:05-cv-141
v. )
)
CAMPBELL COUNTY, TENNESSEE, )
ET AL. )
)
    Defendants. )

### AFFIDAVIT OF SAMUEL FRANKLIN

Samuel Franklin, after being duly sworn according to law, deposes and says as follows:

1. My name is Samuel Franklin. I am currently incarcerated at the Federal Correctional Institution in Manchester, Kentucky. At all material times, I was employed by the Campbell County Sheriff's Department.

2. I participated in a drug "round-up" investigation of approximately 70-80 persons, including the decedent, Ted Williams, who were indicted by the grand jury.

3. The only involvement that I may have had with Williams' that I can recall was role in his indictment~~ and arrest~~. [SF SF]

4. I can state with certainty that I did not have any contact with Williams after his arrest, which was 40 plus hours before he committed suicide. Williams suicide was a surprise to me.

1

5. If and to the extent plaintiffs contend that I conspired with others to intentionally kill Ted Williams, I did no such things, and have no information that Williams' death resulted from any cause other than his voluntary choice to hang himself.

Further, affiant saith not.

*Samuel Franklin*
Samuel Franklin

**STATE OF KENTUCKY** )
)
**COUNTY OF** Clay )

Personally appeared before me Samuel Franklin, with whom I am personally acquainted, and who acknowledged that she executed the within instrument for the purposes therein contained.

Witnessed my hand, at office, this the 3rd day of August, 2006.

*Roni Salisbury*
Notary Public

My Commission Expires: April 3, 2010

2