## IN THE DISTRICT COURT FOR TENNESSEE
## EASTERN DIVISION AT KNOXVILLE

**LEATHA WILLIAMS as guardian of a minor,**
**LAUREN WILLIAMS and**
**ALICIA WILLIAMS,**
     **Plaintiffs,**

**vs.**                                               **No.: 3:05-cv-141**
                                                             **Jarvis/Shirley**

**CAMPBELL COUNTY, TENNESSEE,**
**et. al.,**
     **Defendants.**

### STIPULATION OF DISMISSAL

       Plaintiffs, by and through counsel, in accord with Fed. R. Civ. P. 41(a), respectfully submit this stipulation of dismiss, which is with prejudice as it relates to federal claims and without prejudice as it relates to state claims. Defendants, by and through counsel, agree to the entry of this stipulated dismissal.

       Respectfully submitted

s/David B. Hamilton
_____
DAVID B. HAMILTON (BPR #020783)
ATTORNEY FOR PLAINTIFF
1810 Merchant Drive
Knoxville, TN 37912
865.219.9250 phone
865.219.7982 fax


s/ John C. Duffy
_____
JOHN C. DUFFY (BPR #010424)
ATTORNEY FOR DEFENDANTS
P.O. Box 11007
Knoxville, TN 37939-1007
865.766.0904